UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-12005-RGS

DEAN F. HATCH and
MARY L. HATCH

v.

TRAIL KING INDUSTRIES, INC.

ORDER ON CIVIL JURY
TRIAL TIME LIMITS

August 25, 2010

STEARNS, D.J.

It is the court's practice to set strictly-enforced time limits in civil jury trials. To assist the court in setting appropriate limits for this trial, each side will submit an informed estimate of the number of hours it anticipates will be required for presentation of its case. Each side is taxed for the time it spends on cross-examination of witnesses. The time allotted by the court for opening statements and closing arguments is not included in the total. Counsel are directed to submit their estimates within five (5) days of the date of this Order.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED   STATES   DISTRICT   JUDGE